UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

ABSOLUTE REMODELING CONCEPTS, LLC,

    Debtor.

Case No. 21-21397-SMG

Chapter 7

_____/

**TRUSTEE WELT'S *EX-PARTE* APPLICATION FOR EMPLOYMENT OF
STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, P.A.**

Kenneth A. Welt ("Trustee Welt"), Chapter 7 Trustee of the above-styled bankruptcy estate of Absolute Remodeling Concepts, LLC, ("Debtor"), respectfully requests an order of the Court authorizing the employment of Eric J. Silver, Esq. and the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. (together, "Stearns Weaver") to represent Trustee Welt as general counsel in this case, and as good cause for same, states as follows:

1. Trustee Welt is the duly appointed, qualified, and acting Chapter 7 trustee in this case.

2. It is necessary that Trustee Welt employ an attorney to represent him as general counsel to perform ordinary and necessary legal services required in the administration of this estate.

3. Stearns Weaver does not hold or represent any interest adverse to the estate, and Trustee Welt believes that the employment of Stearns Weaver is in the best interest of the estate.

4. Attached as Exhibit A to this Application is the proposed attorney's Declaration demonstrating that Stearns Weaver is a disinterested person(s) as required by 11 U.S.C. § 327(a) and a verified statement as required under Federal Rule of Bankruptcy Procedure 2014-1(A).

5. Stearns Weaver has agreed to be compensated in accordance with 11 U.S.C. § 330.

6. Stearns Weaver is qualified to practice in the Bankruptcy Court and is qualified to advise Trustee Welt on relations with and responsibilities to the Debtor, creditors, and other parties.

<div align="right">Case No. 21-21397-SMG</div>

7.      There is good cause to permit the employment of Stearns Weaver in this case as there appears to be general legal matters that require investigation and further action.

WHEREFORE, Trustee Welt respectfully requests that the Court enter an Order, in substantially the form attached as Exhibit B, authorizing the employment of Stearns Weaver as general counsel to Trustee Welt in this case, with compensation for legal services to be paid as an administrative expense in such amounts as the Court may hereafter allow upon application, notice and hearing pursuant to 11 U.S.C. §§ 327 and 330.

Dated: December 6, 2021

Respectfully submitted,

/s/Kenneth Welt
KENNETH A. WELT, Trustee
4581 Weston Road, Suite 355
Weston, FL 33331
Telephone: (954) 761-5161

STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
Museum Tower Building, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:   (305) 789-3200
Facsimile:    (305) 789-3395

By:   /s/ Eric J. Silver
      ERIC J. Silver, ESQ.
      Florida Bar No. 57262
      *Proposed Counsel for Trustee Welt*

Case No. 21-21397-SMG

## CERTIFICATE OF SERVICE

I CERTIFY that, pursuant to Local Bankruptcy Rule 9013-1(C)(3), a true and correct copy of this Application was served on December 6, 2021, as follows: (i) by U.S. Mail to the Debtor, and all parties not registered to receive Notices of Electronic Filing ("NEF") in this case, and (ii) by NEF to all counsel and parties who are registered to receive electronic filings in this case, including the Debtor's counsel and the U.S. Trustee, as indicated on the attached Service List.

*/s/ Eric J. Silver*
ERIC J. SILVER

**SERVICE LIST**
**Case No.: 21-21397-SMG**
**United States Bankruptcy Court, Southern District of Florida**

The following parties are registered to receive Notice of Electronic Filing and should have been served through CM/ECF.

Robert C. Furr, Esq.
*ltitus@furrcohen.com*
*atty_furrcohen@bluestylus.com*
*cworkinger@furrcohen.com*
*staff1@furrcohen.com*
*Counsel for Debtor*

Kenneth A. Welt
*fl10@ecfcbis.com*
*pacerfilings@gmail.com*
*kaw@trusteesolutions.net*
*court@trusteeservices.biz*
*weltbkc@gmail.com*
*Trustee*

Office of the US Trustee
*USTPRegion21.MM.ECF@usdoj.gov*

The following parties were served via First Class Mail.

Absolute Remodeling Concepts, LLC
2195 N. Andrews Ave.
Suite 13
Pompano Beach, FL 33069
*Debtor*

#9848536 v1

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

ABSOLUTE REMODELING CONCEPTS, LLC,

Case No. 21-21397-SMG

Chapter 7

Debtor.
_____/

### AFFIDAVIT OF PROPOSED ATTORNEY FOR TRUSTEE WELT

Eric J. Silver, being duly sworn, says:

1. I am an attorney admitted to practice in the State of Florida, the United States District Court for the Southern District of Florida, and am qualified to practice in the United States Bankruptcy Court for the Southern District of Florida.

2. I am a partner at the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. ("**Stearns Weaver**"), with its Miami, Florida office located at 2200 Museum Tower, 150 W. Flagler Street, Miami, FL 33130.

3. Neither I nor Stearns Weaver hold or represent any interest adverse to the estate, and we are disinterested persons as required by 11 U.S.C. § 327(a).

4. Neither I nor Stearns Weaver has any connection with the Debtor, creditors, or any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the Offices of the U.S. Trustee as described in Rule 2014 of the Federal Rules of Bankruptcy Procedure.

ERIC J. SILVER ESQ.
Fla. Bar No. 057262

Sworn to and subscribed before me
on December 6th, 2021

Notary Public, State of Florida
My Commission Expires:

#9848544 v1



FRANCIS E. SANCHEZ
MY COMMISSION # GG 232029
EXPIRES: October 24, 2022
Bonded Thru Notary Public Underwriters

# **EXHIBIT B**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:

ABSOLUTE REMODELING CONCEPTS, LLC,

Case No. 21-21397-SMG

Chapter 7

Debtor.
_____/

### ORDER GRANTING CHAPTER 7 TRUSTEE'S
### *EX-PARTE* APPLICATION FOR EMPLOYMENT OF ATTORNEY

THIS MATTER came before the Court upon *Trustee Welt's Ex-Parte Application for Employment of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A.* ("Application") [ECF No. __], filed by Kenneth A. Welt ("Trustee Welt"), Chapter Trustee of the above-styled bankruptcy estate of Absolute Remodeling Concepts, LLC, ("Debtor"). The Application seeks an Order approving the employment of Eric J. Silver, Esq. ("Silver") and the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. ("Stearns Weaver"), as general counsel for

Trustee Welt in this case. Upon the representations that Silver and Stearns Weaver are duly qualified to practice in this Court pursuant to Local Rule 2090-1(A), that Silver and Stearns Weaver hold no interest adverse to the estate in the matters upon which they are engaged, that Silver and Stearns Weaver are disinterested persons as required by 11 U.S.C. § 327(A), and have disclosed any connections with parties set forth in Bankruptcy Rule 2014, and that their employment is necessary and would be in the best interests of the estate, it is –

**ORDERED** that Trustee Welt is AUTHORIZED to employ Eric J. Silver, Esq. and the law firm of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. as general counsel for Trustee Welt in this case.

# # #

**Submitted by**:
Eric J. Silver, Esq.
esilver@stearnsweaver.com
STEARNS WEAVER MILLER WEISSLER
 ALHADEFF & SITTERSON, P.A.
Museum Tower Building, Suite 2200
150 West Flagler Street
Miami, Florida 33130
Telephone:    (305) 789-3200
Facsimile:    (305) 789-3395

(Attorney Silver is directed to serve a conformed copy of this Order, immediately upon receipt of same from the Court, upon all Interested parties.)